**Frederick Douglass BENNETT, Sr., Plaintiff—Appellant,**

v.

**State of CALIFORNIA; et al., Defendants—Appellees.**

No. 01–56186.

D.C. No. CV–01–04240–TJH.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2002.*

Decided May 29, 2002.

Before FERNANDEZ, RYMER, and WARDLAW, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellants' request for oral argument is denied.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Frederick Douglass Bennett, Sr., a California state prisoner, appeals pro se the district court's order denying leave to file his 42 U.S.C. § 1983 action in forma pauperis. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion, *Minetti v. Port of Seattle*, 152 F.3d 1113, 1115 (9th Cir.1998) (per curiam), and we affirm.

If it appears from the face of the proposed complaint that the action is frivolous or without merit, a district court may, at the outset, deny leave to proceed in forma pauperis. *See id.* Consequently, the district court did not abuse its discretion.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

